**Opinion issued February 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00142-CV

————————————

## IN RE DEMETRIUS DANIELS, Relator

———

## Original Proceeding on Petition for Writ of Mandamus

———

## MEMORANDUM OPINION

On February 11, 2026, Relator Demetrius Daniels, proceeding pro se, filed a petition for writ of mandamus challenging the county court's February 3, 2026 final judgment awarding possession of residential premises in the underlying eviction suit.[1] In conjunction with the petition, Relator filed a motion requesting that our

---

[1] The underlying case is *Fair Opportunity LP v. Damian Jenkins, and Any and All Other Occupants*, cause number CI69295, in the County Court at Law No. 3 of Brazoria County, Texas, the Honorable Jeremy E. Warren presiding.

Court "[i]mmediately issue an order staying all proceedings in trial court Case No. CI69295, including the enforcement of the judgement for possession and any writ of possession or eviction, pending final disposition of the Petition for Writ of Mandamus." We deny the petition. Relator's motion to stay is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.